**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: S.C., A MINOR : No. 138 EAL 2020
:
:
PETITION OF: M.C., MOTHER : Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.